## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BENCHMARK HOMES, INC.,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | **8:03CV527** |
|     vs. | ) | |
| | ) | |
| **LEGACY HOME BUILDERS, L.L.C.,** | ) | **ORDER** |
| a Nebraska limited liability company, | ) | |
| **MARK VOSIKA, an individual, and** | ) | |
| **PRIME DESIGNS INCORPORATED,** | ) | |
| a Nebraska corporation, | ) | |
| | ) | |
|     **Defendants.** | ) | |

This matter is before the Court upon the motion of Sarah B. Yale, an attorney with the law firm of Fraser, Stryker, Meusey, Olson, Boyer & Bloch, P.C. for an Order that she be granted leave to withdraw her appearance previously filed on behalf of Defendants, Legacy Home Builders, L.L.C. (Filing No. 105).

Upon consideration,

**IT IS THEREFORE ORDERED:**

1. Sarah B. Yale's motion for leave to withdraw (Filing No. 105) is granted,

2. The Clerk of Court shall stop all electronic notices to Sarah B. Yale regarding this case.

Dated this 12th day of July, 2005.

                                      BY THE COURT:

                                      s/Thomas D. Thalken
                                      Magistrate Judge Thalken