IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BENCHMARK HOMES, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LEGACY HOME BUILDERS, L.L.C., et al., )<br>)<br>Defendants. ) | 8:03CV527<br><br>ORDER |

Following a telephone conference with the parties,

**IT IS ORDERED** that the pretrial conference is rescheduled to **February 23, 2006 at 11:00 a.m.**

**IT IS FURTHER ORDERED** that in order to conserve time devoted to the conference, counsel are directed to provide to the undersigned magistrate judge at least one working day in advance of the conference, a copy of the final agreed on draft of the proposed final pretrial order.  The copy may be delivered to the undersigned's chambers, e-mailed to the undersigned at thalken@ned.uscourts.gov, faxed to the undersigned's office (402-661-7345), or mailed to the undersigned magistrate judge so as to arrive one working day in advance of the conference.

DATED this 30th day of January, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge