# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BENCHMARK HOMES, INC.,** | ) | |
| | ) | **8:03CV527** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **AMENDED AND CORRECTED[1]** |
| | ) | **ORDER** |
| **LEGACY HOME BUILDERS, L.L.C., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Following a telephone conference with the parties,

**IT IS ORDERED** that the pretrial conference is rescheduled to **February 13, 2006 at 11:15 a.m.**

**IT IS FURTHER ORDERED** that in order to conserve time devoted to the conference, counsel are directed to provide to the undersigned magistrate judge at least one working day in advance of the conference, a copy of the final agreed on draft of the proposed final pretrial order.  The copy may be delivered to the undersigned's chambers, e-mailed to the undersigned at thalken@ned.uscourts.gov, faxed to the undersigned's office (402-661-7345), or mailed to the undersigned magistrate judge so as to arrive one working day in advance of the conference.

DATED this 30th day of January, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge

---

[1] Due to a typographical error, the final pretrial conference date is in error.  The correct date is February 13, 2006 at 11:15 a.m.