### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BENCHMARK HOMES, INC. and<br>B3 ARCHITECTS, INC., | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | 8:03CV527 |
| vs. | ) <br> ) | ORDER |
| LEGACY HOME BUILDERS, LLC, et al., | ) <br> ) | |
| Defendants. | ) | |

A telephone conference with the undersigned magistrate judge will be held **on March 30, 2006, at 9:00 a.m. Central Standard Time** for the purpose of reviewing the status of the case. Counsel shall be prepared to discuss the effects, if any, of Benchmark Homes, Inc.'s filing for bankruptcy. Plaintiff's counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

Dated this 27th day of March, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge