UNITED STATES DISTRICT COURT

DISTRICT OF NEBRASKA

| | |
|---|---|
| BENCHMARK HOMES, INC., a Nebraska corporation, | 8:03CV527 |
| Plaintiff, | |
| vs. | ORDER DISMISSING CASE |
| LEGACY HOME BUILDERS, L.L.C., a Nebraska limited liability company; MARK VOSIKA, an individual; and PRIME DESIGNS INCORPORATED, a Nebraska corporation, | |
| Defendants. | |

Pursuant to the joint motion to dismiss, it is hereby

ORDERED that the joint motion (Docket 143) is granted. This action is dismissed with prejudice, with all parties to bear their own costs and attorney's fees.

Dated March 30, 2006.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE